# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  CHARLES W. HUTT  
303 HICKORY LANE  
KIRKLAND, IL  60146  

SSN-xxx-xx-9019

Case Number: 08-72327

Case filed on:  7/23/2008  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $0.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY RICHARD G LARSEN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE HOME FINANCE LLC | 42,415.39 | 0.00 | 0.00 | 0.00 |
| 002 | CHASE HOME FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 42,415.39 | 0.00 | 0.00 | 0.00 |
| 003 | AT&T WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAPITAL ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CHRYSLER FINANCIAL SERVICES AMERICAS LLC | 8,546.98 | 1,025.64 | 0.00 | 0.00 |
| 006 | CITIBANK / EXXON MOBIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | PREMIER BANKCARD/CHARTER | 353.24 | 42.39 | 0.00 | 0.00 |
| 008 | LVNV FUNDING LLC | 664.59 | 79.75 | 0.00 | 0.00 |
| 009 | HSBC BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | HSBC CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HSBC CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | TEMPEST RECOVERY SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | PORTFOLIO RECOVERY ASSOCIATES | 3,787.13 | 454.46 | 0.00 | 0.00 |
|  | Total Unsecured | 13,351.94 | 1,602.24 | 0.00 | 0.00 |
|  | Grand Total: | 55,767.33 | 1,602.24 | 0.00 | 0.00 |

Total Paid Claimant:       $0.00  
Trustee Allowance:         $0.00  
Percent Paid Unsecured:     0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008            By   /s/Heather M. Fagan